Andrea V. HAYNES, Appellant,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY and Peter Cauffman, et al., Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1993.

Decided July 25, 1994.

George J. Badey, III, Philadelphia, for A. Haynes.

William F. Holsten, Paola F. Tripodi, Media, for SEPTA and Cauffman.

S. Robert Levant, Philadelphia, for R. Briscoe.

Robert C. Mickle, Jr., King of Prussia, for Childress.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, J., was an appointed Justice of the Court at the time of argument.*

* Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of Mr. Justice Rolf Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.